# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**RONNIE NIXON, JR.**                                                                 PLAINTIFF

v.                              No. 3:20-cv-238-DPM

**KEVIN MOLDER, Sheriff, Poinsett County,
and VAL PRICE, Prosecuting Attorney,
Poinsett County**                                                                    DEFENDANTS

## ORDER

**1.** Nixon moves to proceed *in forma pauperis*. *Doc. 1*. But he is a three-striker. 28 U.S.C. § 1915(g). Before filing this lawsuit, he had at least three cases dismissed for failing to state a claim. *E.g., Nixon v. Mills,* 3:10-cv-12-BSM; *Nixon v. Cox*, 3:17-cv-122-BRW; *Nixon v. Hitt,* 3:17-cv-138-JM. In his new complaint, Nixon alleges he is wrongfully imprisoned; he says he posted bond and claims he is being held on charges that were resolved in 2018. *Doc. 2*. But it doesn't appear that Nixon is currently in imminent danger. His motion to proceed *in forma pauperis*, *Doc. 1*, is therefore denied.

**2.** Nixon's complaint will be dismissed without prejudice. If Nixon wants to pursue this case, then he must pay the $400 filing and administrative fees and file a motion to reopen this case by 25 September 2020. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

- 2 -

So Ordered.

*DPMarshall Jr.*
_____
D.P. Marshall Jr.
United States District Judge

  24 August 2020