# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**RONNIE NIXON, JR.**                                                                    **PLAINTIFF**

**v.**                              **No. 3:20-cv-238-DPM**

**KEVIN MOLDER, Sheriff, Poinsett County,**
**and VAL PRICE, Prosecuting Attorney,**
**Poinsett County**                                                                      **DEFENDANTS**

## JUDGMENT

Nixon's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_24 August 2020_